ProSe 14 (INND Rev. 2/20)

page 1

**-FILED-**

JAN 29 2024

At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Rocky Dwight Simbeck
[You are the PLAINTIFF, print your full name on this line.]

v.

Elkhart County, IN
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 1:24CV033
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Elkhart County Courts / Superior Court 4 Judge | Judicial Officer Gretchen S. Lund |
| 2 | Vicki Elaine Becker Prosecuting Attorney | 301 S. Main St. Elkhart, IN 46516 |
| 3 | Goshen Public Defender / State of Indiana | 119 North Third St. Goshen, IN 46526 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 5

2. What is the name and address of your prison or jail? Elkhart County Correctional Complex 26861 County Road 26 Elkhart, IN 46517

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? 12/08/2021 - 02/23/2022

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)                                                                                                        page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The State of Indiana Prosecuting Attorney as well as Judical Officer Lund, Gretchen S. in Elkhart Superior Court 4, in the County of Elkhart, IN while being held in Elkhart County Correctional Complex being represented by Goshen Public Defender on December 08, 2021 (12/8/21) did in fact sentence myself Rocky D. Simbeck on Cause # 20D04-1912-F6-001683 and released me on the case. As you'll see in document 1.

I was then sentenced a 2nd time on Febuary 23, 2022 as seen on Document 2. Both documents also show that Dispositions were sent to the Indiana State Police both times then on Document 2 you'll see that on Febuary 25, 2022 without being present they Amended my Sentencing Order all done by the same Judical Officer and Prosecutor.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CASE SUMMARY
### Case No. 20D04-1912-F6-001683

| | | |
|---|---|---|
| 12/16/2021 | Disposition Sent Electronically to Indiana State Police | |
| | *Added By CHRIS Interface (SNTC)* | |
| | Created by: CHRISInterface CHRISInterface at 12/16/2021 6:16 PM | |
| 12/16/2021 | Abstract of Judgment Completed for non-DOC case | |
| | Created by: Abstract Abstract at 12/16/2021 2:40 PM | |
| 12/16/2021 | Report Filed | |
| | File Stamp: 12/16/2021 | |
| | Filed By: Elkhart County Probation | |
| | *Credit Time Memorandum dy* | |
| | Created by: File Server User at 12/16/2021 1:22 PM | |
| 12/08/2021 | **Sentenced** (Judicial Officer: Lund, Gretchen S) | Vol./Book 2021, Page 1208, pages |

#1  First time Sentenced

2. 02/03/2019 35-48-4-6(a)/F6: Possession of Cocaine
Confinement to Commence: 12/08/2021
Agency: County Jail
Term: 365 Days
Comment: $200 Drug Interdiction fee. $50 Public Defender fee. Court Costs. Cause consecutive to 71D03-1905-F5-86. Financials due on or before April 1, 2022. Bond released. Counsel withdrawn. Defendant released from custody on this cause. All per Order. ob/3:20
Created by: Olivia Bradberry at 12/16/2021 2:19 PM

12/08/2021 Sentencing Hearing (1:30 PM) (Judicial Officer: Lund, Gretchen S)
*Hearing Result: Commenced and concluded*
Created by: Olivia Bradberry at 11/23/2021 3:47 PM

12/03/2021 Automated ENotice Issued to Parties
*Report Filed ---- 12/2/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Christopher John Petersen;Michiana Community Corrections;Elkhart County Community Correction*
Created by: System at 12/03/2021 4:40 AM

12/03/2021 Automated Paper Notice Issued to Parties
*Report Filed ---- 12/2/2021 : Elkhart County Correctional Complex*
Created by: System at 12/03/2021 4:33 AM

12/02/2021 Report Filed
File Stamp: 12/02/2021
Filed By: Michiana Community Corrections
*Evaluation - MCC dy*
Created by: File Server User at 12/02/2021 2:41 PM

11/24/2021 Automated ENotice Issued to Parties
*Hearing Scheduling Activity ---- 11/23/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Christopher John Petersen;Michiana Community Corrections;Elkhart County Community Correction Hearing Journal Entry ---- 11/23/2021 : Michiana Community Corrections*
Created by: System at 11/24/2021 6:46 AM

11/24/2021 Automated Paper Notice Issued to Parties
*Hearing Scheduling Activity ---- 11/23/2021 : Elkhart County Correctional Complex*
Created by: System at 11/24/2021 6:40 AM

11/23/2021 Hearing Scheduling Activity
*Sentencing Hearing scheduled for 12/08/2021 at 1:30 PM.*
Created by: Olivia Bradberry at 11/23/2021 3:47 PM

11/23/2021 Hearing Journal Entry (Judicial Officer: Lund, Gretchen S)
Hearing Date: 11/17/2021
Present: State of Indiana
Not Present: Michiana Community Corrections
Noticed: Michiana Community Corrections
Present: Simbeck, Rocky D.
Present: Petersen, Christopher John
*Defendant appears via Webex and is sworn in. State appears via Webex by DPA Kaitlynn Campoli. Counsel for the Defendnat appears via Webex by DPD Chris Petersen. Defendant, by Counsel, requests a continuance. State does not object. Court grants the request and continues the hearing to 12/8/2021 at 1:30 PM. MCC to evaluate Defendant for possible placement by 12/6/2021. ob/jl 2:58*
Created by: Olivia Bradberry at 11/23/2021 3:45 PM

11/17/2021 Written Advisement and Waiver of Rights Filed
File Stamp: 11/17/2021
Created by: Jessica Adkins at 11/24/2021 9:17 AM

11/17/2021 Automated ENotice Issued to Parties
*Report Filed ---- 11/16/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Christopher John Petersen;Michiana Community Corrections;Elkhart County Community Correction Document Filed ---- 11/16/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Christopher John Petersen;Michiana Community Corrections;Elkhart County Community Correction Order Issued ---- 11/16/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Christopher John Petersen;Michiana Community Corrections;Elkhart County Community Correction*
Created by: System at 11/17/2021 4:59 AM

11/17/2021 Automated Paper Notice Issued to Parties
*Report Filed ---- 11/16/2021 : Elkhart County Correctional Complex Document Filed ---- 11/16/2021 : Elkhart County Correctional Complex Order Issued ---- 11/16/2021 : Elkhart County Correctional Complex*
Created by: System at 11/17/2021 4:52 AM

| Date | Entry |
|---|---|
| 11/17/2021 | **Sentencing Hearing** (1:30 PM) (Judicial Officer: Lund, Gretchen S)<br>*Comment: Transport Order from St. Joe Cty Jail (IN) for Webex Hrg*<br>*Hearing Result: Commenced and concluded*<br>Created by: Deborah York at 10/25/2021 3:15 PM |
| 11/16/2021 | Appearance Filed<br>File Stamp: 11/16/2021<br>For Party: Simbeck, Rocky D.<br>*Appearance of Christopher Petersen dy*<br>Created by: File Server User at 11/16/2021 3:47 PM |
| 11/16/2021 | Order Issued (Judicial Officer: Lund, Gretchen S)<br>File Stamp: 11/16/2021<br>*vm*<br>Created by: Vicki Myers at 11/16/2021 2:16 PM |
| 11/16/2021 | Document Filed<br>File Stamp: 11/15/2021<br>Filed By: Pre-Trial Services<br>Filed By: Pre-Trial Services<br>*IRAS*<br>Created by: File Server User at 11/16/2021 7:51 AM |
| 11/16/2021 | Report Filed<br>File Stamp: 11/15/2021<br>Filed By: Pre-Trial Services<br>*Pre-Trial Court Report*<br>Created by: File Server User at 11/16/2021 7:50 AM |
| 11/15/2021 | Warrant or Writ of Attmnt for the Body of a Person Served<br>Created by: Melanie Godden at 11/15/2021 10:38 AM |
| 10/26/2021 | Invalid Email: Automated Paper Notice Issued to Parties<br>*Hearing Scheduling Activity -- 10/25/2021 : Rocky D. Simbeck Transport Order Entered -- 10/25/2021 : Rocky D. Simbeck*<br>Created by: System at 10/26/2021 12:03 PM |
| 10/26/2021 | Automated ENotice Issued to Parties<br>*Hearing Scheduling Activity ---- 10/25/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Rocky D. Simbeck;Michiana Community Corrections;Elkhart County Community Correction Transport Order Entered ---- 10/25/2021 : St. Joseph County Jail;Rocky D. Simbeck*<br>Created by: System at 10/26/2021 6:08 AM |
| 10/26/2021 | Automated Paper Notice Issued to Parties<br>*Hearing Scheduling Activity ---- 10/25/2021 : Elkhart County Correctional Complex Transport Order Entered ---- 10/25/2021 : Elkhart County Correctional Complex*<br>Created by: System at 10/26/2021 6:03 AM |
| 10/25/2021 | Transport Order Entered (Judicial Officer: Lund, Gretchen S)<br>Order Signed: 10/25/2021<br>Noticed: State of Indiana<br>Party 2: State of Indiana<br>Served: State of Indiana<br>Noticed: Elkhart County Correctional Complex<br>Party 2: Elkhart County Correctional Complex<br>Served: Elkhart County Correctional Complex<br>Noticed: Simbeck, Rocky D.<br>Party 2: Simbeck, Rocky D.<br>Served: Simbeck, Rocky D.<br>Noticed: St. Joseph County Jail<br>Party 2: St. Joseph County Jail<br>Served: St. Joseph County Jail<br>*Defendant to be transported from St. Joseph County Jail (Indiana) to Elkhart County Correctional Facility for a Webex hearing on 11/17/21, at 1:30 p.m. from ECJ. dy*<br>Created by: Deborah York at 10/25/2021 3:59 PM |
| 10/25/2021 | Hearing Scheduling Activity<br>*Sentencing Hearing scheduled for 11/17/2021 at 1:30 PM.*<br>Created by: Deborah York at 10/25/2021 3:15 PM |
| 10/23/2021 | Invalid Email: Automated Paper Notice Issued to Parties<br>*Correspondence to/from Court Filed -- 10/22/2021 : Rocky D. Simbeck*<br>Created by: System at 10/23/2021 12:03 PM |
| 10/23/2021 | Automated ENotice Issued to Parties<br>*Correspondence to/from Court Filed ---- 10/22/2021 : Vicki Elaine Becker;Goshen Public Defender;Rocky D. Simbeck;Michiana Community Corrections;Elkhart County Community Correction*<br>Created by: System at 10/23/2021 3:43 AM |
| 10/23/2021 | Automated Paper Notice Issued to Parties<br>*Correspondence to/from Court Filed ---- 10/22/2021 : Elkhart County Correctional Complex*<br>Created by: System at 10/23/2021 3:39 AM |
| 10/22/2021 | Correspondence to/from Court Filed |

Handwritten annotations: "7", "#2", "#1", "See #Doc 8 on Reverse Side"

|  |  |
|---|---|
| | File Stamp: 01/17/2023 |
| | vm |
| | Created by: Vicki Myers at 01/17/2023 10:48 AM |
| 03/10/2022 | Clerk Administrative Event |
| | *Clerk sends requested document to Defendant on this date. an* |
| | Created by: April Nusbaum at 03/10/2022 3:01 PM |
| 03/10/2022 | Correspondence to/from Court Filed |
| | File Stamp: 03/10/2022 |
| | Filed By: Simbeck, Rocky D. |
| | Movant: Simbeck, Rocky D. |
| | *an* |
| | Created by: April Nusbaum at 03/10/2022 3:00 PM |
| 02/26/2022 | Automated ENotice Issued to Parties |
| | *Order Issued ---- 2/25/2022: St. Joseph County Jail;Vicki Elaine Becker;Michiana Community Corrections* |
| | Created by: System at 02/26/2022 2:41 AM |
| 02/26/2022 | Automated Paper Notice Issued to Parties |
| | *Order Issued ---- 2/25/2022: Rocky D. Simbeck;Elkhart County Correctional Complex* |
| | Created by: System at 02/26/2022 2:39 AM |
| 02/25/2022 | Clerk Administrative Event |
| | *AMENDED COMMITMENT EMAILED TO MCC. SA* |
| | Created by: Sherry Adkins at 02/25/2022 8:10 AM |
| 02/25/2022 | Order Issued (Judicial Officer: Lund, Gretchen S) |
| | File Stamp: 02/24/2022 |
| | *AMENDED SENTENCING ORDER. SA* |
| | Created by: Sherry Adkins at 02/25/2022 8:06 AM |
| 02/25/ 2022 | Order Issued (Judicial Officer: Lund, Gretchen S) |
| | File Stamp: 02/24/2022 |
| | *SENTENCING ORDER. SA* |
| | Created by: Sherry Adkins at 02/25/2022 8:04 AM |
| 02/24/2022 | Disposition Sent Electronically to Indiana State Police |
| | *Added By CHRIS Interface (SNTC)* |
| | Created by: CHRISInterface CHRISInterface at 02/24/2022 6:16 PM |
| 02/24/2022 | Abstract of Judgment Completed for non-DOC case |
| | Created by: Abstract Abstract at 02/24/2022 2:40 PM |
| 02/23/2022 | **Sentenced** (Judicial Officer: Lund, Gretchen S) |
| | 2. 02/03/2019  35-48-4-6(a)/F6: Possession of Cocaine |
| | Confinement to Commence: 12/08/2021 |
| | Agency: County Jail |
| | Term: 365 Days |
| | Comment: $200 Drug Interdiction fee. $50 Public Defender fee. Court Costs. Cause consecutive to 71D03-1905-F5-86. Financials due on or before April 1, 2022. Bond released. Counsel withdrawn. Defendant released from custody on this cause. All per Order. ob/3:20 |
| | Created by: Olivia Bradberry at 02/24/2022 2:27 PM |
| 02/23/2022 | **Hearing** (1:30 PM) (Judicial Officer: Lund, Gretchen S) |
| | *Comment: Via Webex with St. Joe Co. Jail (574)245-6518* |
| | *Hearing Result: Commenced and concluded* |
| | Created by: Vicki Myers at 02/14/2022 2:26 PM |
| 02/15/2022 | Automated ENotice Issued to Parties |
| | *Administrative Event ---- 2/14/2022 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Michiana Community Corrections Hearing Scheduling Activity ---- 2/14/2022 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Michiana Community Corrections* |
| | Created by: System at 02/15/2022 5:31 AM |
| 02/15/2022 | Automated Paper Notice Issued to Parties |
| | *Administrative Event ---- 2/14/2022: Rocky D. Simbeck;Elkhart County Correctional Complex Hearing Scheduling Activity ---- 2/14/2022 : Rocky D. Simbeck;Elkhart County Correctional Complex* |
| | Created by: System at 02/15/2022 5:23 AM |
| 02/14/2022 | Hearing Scheduling Activity |
| | *Hearing scheduled for 02/23/2022 at 1:30 PM.* |
| | Created by: Vicki Myers at 02/14/2022 2:26 PM |
| 02/14/2022 | Administrative Event |
| | *Court sets for Hearing on 2-23-22 at 1:30 p.m. Defendant is in custody in St. Joe Co. Jail. Court staff to contact St. Joe Co. Jail for hearing. vm* |
| | Created by: Vicki Myers at 02/14/2022 2:25 PM |
| 02/07/2022 | Motion Filed |
| | File Stamp: 02/07/2022 |
| | Filed By: Simbeck, Rocky D. |
| | *MOTION TO MOVE HOOK-UP DATE. SA* |
| | Created by: Sherry Adkins at 02/07/2022 1:16 PM |
| 01/28/2022 | Automated ENotice Issued to Parties |

Vol./Book 2022, Page 223, pages

[Handwritten annotations: "Amended Sentencing Order", "Change of 2nd sentence", "2nd time Sentenced", "#1", "#2"]

| | | |
|---|---|---|
| | | *Order Issuing Warrant for Arrest ---- 1/27/2022 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Michiana Community Corrections* |
| | | Created by: System at 01/28/2022 4:54 AM |
| 01/28/2022 | Automated Paper Notice Issued to Parties | |
| | | *Order Issuing Warrant for Arrest ---- 1/27/2022 : Rocky D. Simbeck;Elkhart County Correctional Complex* |
| | | Created by: System at 01/28/2022 4:47 AM |
| 01/27/2022 | Clerk Administrative Event | |
| | | *WARRANT EMAILED TO WARRANTS@SHF DEPT. SA* |
| | | Created by: Sherry Adkins at 01/27/2022 12:32 PM |
| 01/27/2022 | Warrant or Writ of Attmnt for the Body of a Person Issued | |
| | | Created by: Deborah York at 01/27/2022 10:53 AM |
| 01/27/2022 | Order Issuing Warrant for Arrest (Judicial Officer: Lund, Gretchen S) | |
| | | File Stamp: 01/27/2022 | |
| | | *No Bond Hold for MCC commitment. dy* |
| | | Created by: Deborah York at 01/27/2022 10:49 AM |
| 01/26/2022 | Notice to Court Filed | |
| | | File Stamp: 01/26/2022 | |
| | | Filed By: Michiana Community Corrections |
| | | Movant: Michiana Community Corrections |
| | | *Notification vm* |
| | | Created by: File Server User at 01/26/2022 9:47 AM |
| 12/31/2021 | Automated Paper Notice Issued to Parties | |
| | | *Order Issued ---- 12/30/2021 : Rocky D. Simbeck* |
| | | Created by: System at 12/31/2021 5:01 AM |
| 12/31/2021 | Automated ENotice Issued to Parties | |
| | | *Order Issued ---- 12/30/2021 : Michiana Community Corrections* |
| | | Created by: System at 12/31/2021 4:14 AM |
| 12/30/2021 | Order Issued (Judicial Officer: Ditton, Eric - MAG) | |
| | | Order Signed: 12/30/2021 | |
| | | Noticed: State of Indiana |
| | | Party 2: State of Indiana |
| | | Served: State of Indiana |
| | | Noticed: Michiana Community Corrections |
| | | Party 2: Michiana Community Corrections |
| | | Served: Michiana Community Corrections |
| | | Noticed: Simbeck, Rocky D. |
| | | Party 2: Simbeck, Rocky D. |
| | | Served: Simbeck, Rocky D. |
| | | *Defendant files correspondence asking that his report date for MCC, which is currently set for 1-4-22, be continued past 1-19-22 because Defendant is currently incarcerated in the St. Joseph Co. Jail and will not be released from custody in time to report. Request granted. Defendant is ordered to report to MCC by 1-25-22. vm* |
| | | Created by: Vicki Myers at 12/30/2021 10:22 AM |
| 12/29/2021 | Motion Filed | |
| | | File Stamp: 12/29/2021 | |
| | | Filed By: Simbeck, Rocky D. |
| | | *MOTION TO MOVE DATE OF REPORT.gf* |
| | | Created by: Ginger Falconbury at 12/29/2021 1:53 PM |
| 12/18/2021 | Automated ENotice Issued to Parties | |
| | | *Order Issued ---- 12/17/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Michiana Community Corrections* |
| | | Created by: System at 12/18/2021 3:33 AM |
| 12/18/2021 | Automated Paper Notice Issued to Parties | |
| | | *Order Issued ---- 12/17/2021 : Rocky D. Simbeck;Elkhart County Correctional Complex* |
| | | Created by: System at 12/18/2021 3:31 AM |
| 12/17/2021 | Clerk Administrative Event | |
| | | *COMMITMENT EMAILED TO MCC. SA* |
| | | Created by: Sherry Adkins at 12/17/2021 8:35 AM |
| 12/17/2021 | Clerk Releases Bond Per Order | |
| | | Created by: Sherry Adkins at 12/17/2021 8:31 AM |
| 12/17/2021 | Order Issued (Judicial Officer: Lund, Gretchen S) | |
| | | File Stamp: 12/16/2021 | |
| | | *SENTENCING ORDER. SA* |
| | | Created by: Sherry Adkins at 12/17/2021 8:26 AM |
| 12/17/2021 | Automated ENotice Issued to Parties | |
| | | *Report Filed ---- 12/16/2021 : St. Joseph County Jail;Vicki Elaine Becker;Goshen Public Defender;Michiana Community Corrections* |
| | | Created by: System at 12/17/2021 6:13 AM |
| 12/17/2021 | Automated Paper Notice Issued to Parties | |
| | | *Report Filed ---- 12/16/2021 : Rocky D. Simbeck;Lola Simbeck;Elkhart County Correctional Complex* |
| | | Created by: System at 12/17/2021 6:04 AM |

Pro Se 14 (INND Rev. 2/20)                                                              page 3

**Claims and Facts (continued)**

When brought to the Goshen Public Defender as well as the Prosecuting Attorney Nothing was done or brought out in Court.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                 page 4

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence.
   ● Other: __before and after Convicted__

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ● No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   • I would like to be awarded for the amount of $750,000 Due to being sentenced twice
   • I'd like the Defendants to be delt with in whatever way the Court finds appropriate

[Initial Each Statement]
   _KB_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _KB_ I will keep a copy of this complaint for my records.
   _KB_ I will promptly notify the court of any change of address.
   _KB_ I WILL NOT send more than one copy of any filing to the court.
   _KB_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   _KB_ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _01_/_23_/20_24_ at _10_ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____                              __134009__
   Signature                                          Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]