UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ROCKY DWIGHT SIMBECK,

    Plaintiff,

    v.

ELKHART COUNTY, IN, et al.,

    Defendants.

CAUSE NO. 1:24-CV-33-JVB-APR

## ORDER

Rocky Dwight Simbeck, a prisoner without a lawyer, filed this case in the Fort Wayne Division raising claims based on events alleged to have occurred in Elkhart County which is located within the geographical boundaries of the South Bend Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." In the interests of justice, this case will be transferred, but under N.D. Ind. L.R. 40-1(a) and General Order 2023-29, the clerk will directly assign the new case to the same judges.

For these reasons, the clerk is **DIRECTED** to close this case and open a new case with these filings in the South Bend Division with the same judges.

SO ORDERED on January 30, 2024.

    s/ Andrew P. Rodovich
    MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT